# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.2
### Eastern Division

Securities & Exchange Commission, et al.

                                                Plaintiff,

v.                                                     Case No.: 1:21−cv−02859

                                                               Honorable Sunil R. Harjani

LJM Funds Management, Ltd., et al.

                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 3, 2024:

      MINUTE entry before the Honorable Sunil R. Harjani: For these reasons stated in the Memorandum Opinion and Order entered this day, Defendants' motion for summary judgment [99] is denied and the Plaintiff's motion for summary judgment [101] is granted in part and denied in part. An in−person status hearing is set for 10/22/2024 at 10:00 a.m. The parties should be prepared to discuss a trial date and should confer prior to the status hearing about whether a settlement conference with the assistance of the Magistrate Judge would be productive. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.